**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MICHAEL PETITE,

    Petitioner,

v.                                               Case No:  8:16-cv-1549-T-30AAS
                                                 Crim. Case No: 8:11-cr-246-T-30AAS

UNITED STATES OF AMERICA,

    Respondent.
_____/

# ORDER

THIS CAUSE comes before the Court upon Petitioner's successive Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (CV Doc. 1). By his motion, Petitioner contends that he is entitled to relief pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015), *declared retroactive by Welch v. United States*, No. 15-6418, 2016 WL 1551144 (Apr. 18, 2016). In *Johnson*, the Supreme Court held that the residual clause of the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e)(2)(B)(ii), defining a violent felony as a crime "involv[ing] conduct that presents a serious potential risk of physical injury to another," is unconstitutionally vague. *See Johnson*, 135 S. Ct. at 2563. The Eleventh Circuit has granted Petitioner's motion to file a successive § 2255 motion to pursue relief under *Johnson*.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Within thirty (30) days of the date of this Order, counsel for Petitioner and the government shall confer in a good faith effort to come to an agreement whether Petitioner, in light of *Johnson*, has the requisite number of predicate offenses to qualify for enhancement under the ACCA.

2. At the end of the thirty days, the parties shall advise the Court in writing whether they have reached an agreement, and, if so, the substance of that agreement. Any agreement will remain subject to the approval of the Court.

3. If counsel are unable to agree, or if the Court rejects the agreement reached by the parties, the government shall file a response to Petitioner's motion within thirty (30 days) of either the filing of a notice of non-agreement or rejection of the parties' agreement by the Court. Petitioner shall then have fourteen (14) days to file a reply.

4. The United States Probation Office is directed to assist the attorneys by offering its expertise in resolving the issue of whether the Petitioner continues to qualify for an enhanced sentence under the ACCA.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of July, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record